MARIA ROGERS, as Administratrix of the Estate of
MICHAEL ROGERS, Deceased, Respondent, *v.* NEW
YORK CITY INTERBOROUGH RAILWAY COMPANY,
Appellant.

*Appeal — motion to dismiss appeal as frivolous granted.*

*Rogers* v. *N. Y. City Interborough Ry. Co.*, 204 App. Div. 864, appeal
dismissed

(Submitted February 27, 1923; decided March 6, 1923.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first

judicial department, entered January 16, 1923, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the appeal was frivolous.

*Thomas J. O'Neill* for motion.

*Alfred T. Davison* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.